JOHN B. CLARK   (CA BAR NO. 039019)
MARGARET E. GARMS (CA BAR NO. 084938)
HECTOR H. ESPINOSA (CA BAR NO. 222426)
THELEN REID & PRIEST LLP
333 South Hope Street, Suite 2900
Los Angeles, CA   90071-3048
Tel. 213.576.8000
Fax  213.576.8080

PAUL L. RATELLE (ADMITTED PRO HAC VICE)
FABYANSKE, WESTRA, HART & THOMSON, P.A.
800 LaSalle Avenue, Suite 1900
Minneapolis, MN  55402
Tel. 612.338.0115
Fax  612.338.3857

Attorneys for Defendant
D.H. BLATTNER & SONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SOLVESON CRANE COMPANY, INC., a California Corporation,<br><br>         Plaintiff,<br><br>v.<br><br>D.H. BLATTNER & SONS, INC., a Minnesota corporation; OASIS POWER PARTNERS, LLC, a California limited liability company; and DOES 1 to 50, inclusive,<br><br>         Defendants. | NO. 1-05-CV-00826-OWW-SMS<br><br>ORDER PURSUANT TO THE STIPULATION OF THE PARTIES CONTINUING MOTIONS FOR REMAND AND TO STAY LITIGATION AND COMPEL ARBITRATION TO ENABLE PARTIES TO <u>PARTICIPATE IN MEDIATION</u><br><br>(No Hearing Requested) |

Based upon the Stipulation Continuing Motions for

Remand and to Stay Litigation and Compel Arbitration to

PDF created with pdfFactory trial version www.pdffactory.com

Enable Parties to Participate in Mediation, and good cause appearing therefor,

   IT IS HEREBY ORDERED that the motion of Plaintiff Solveson Crane Company, Inc., through its Chapter 7 Bankruptcy Trustee Larry Gray ("Solveson"), to remand the action to State Court, currently scheduled to be heard on September 26, 2005 at 10:00 am, shall be continued to December 12, 2005 at 10:00 a.m. and,

   IT IS FURTHER ORDERED that the motion of Defendant D.H. Blattner & Sons, Inc. ("Blattner") to stay litigation and compel arbitration currently scheduled to be heard on September 26, 2005 at 10:00 am, shall be continued to December 12, 2005 at 10:00 a.m.


DATED: September 15__, 2005     /s/ OLIVER W. WANGER___
                                U.S. DISTRICT COURT JUDGE


ORDER CONTINUING MOTIONS
IN FURTHERANCE OF MEDIATION                              -2-

PDF created with pdfFactory trial version www.pdffactory.com