MARY E. OLDEN (109373)
ANDRÉ K. CAMPBELL (188585)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA 95814
Phone: 916.444.3900
Fax: 916.442.2780

Attorneys for Lawrence G. Gray
as Bankruptcy Trustee for
Solveson Crane Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

SOLVESON CRANE COMPANY,

Plaintiff,

v.

D. H. BLATTNER & SONS, INC., et al.,

Defendant.

**No. 1:05-CV-00826-OWW-SMS**

**SUBSTITUTION OF ATTORNEYS**

Date: Not Set

The Honorable Oliver W. Wanger

TO: THE CLERK OF THIS HONORABLE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Lawrence G. Gray, as bankruptcy trustee for plaintiff Solveson Crane Company, and as transferee of its interest pursuant to Rule 25(c) of the Fed. R. Civ. P., hereby substitutes McDonough Holland & Allen PC in place and in lieu of Solveson Crane Company's current attorneys of record, Weintraub Genshlea Chediak.

I consent to the above substitution.

Dated: Dec. 5, 2005

MCDONOUGH HOLLAND & ALLEN PC

By: */s/ Mary E. Olden*
Mary E. Olden

Dated: Dec. 5, 2005

WEINTRAUB GENSHLEA CHEDIAK
Attorneys for Plaintiff Solveson Crane Company

By: /s/ *Scott Cameron* for
Charles L. Post

I hereby substitute McDonough Holland & Allen PC in place of the aforementioned attorneys.

Dated: 12/4/05

*/s/ Lawrence G. Gray*, Trustee
Lawrence G. Gray, as Bankruptcy Trustee for Solveson Crane, Inc.

**IT IS SO ORDERED**

Dated: December 13, 2005

/s/ OLIVER W. WANGER

HON. OLIVER W. WANGER
JUDGE OF THE U. S. DISTRICT COURT