MARY E. OLDEN (109373)
ANDRÉ K. CAMPBELL (188585)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.442.2780

Attorneys for Lawrence G. Gray
as Bankruptcy Trustee for
Solveson Crane Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SOLVESON CRANE COMPANY, | **Case No. 1:05-CV-00826-OWW-SMS** |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSING WITH PREJUDICE OF ACTION AND COUNTERCLAIM** |
| v. | |
| D. H. BLATTNER & SONS, INC., et al., | |
| Defendants. | |
| D. H. BLATTNER & SONS, INC., | |
| Counter-Plaintiff, | |
| v. | |
| LAWRENCE G. GRAY, AS CHAPTER 7 BANKRUPTCY TRUSTEE FOR THE ESTATE OF SOLVESON CRANE COMPANY, | |
| Counter-Defendant. | |

Lawrence G. Gray, as bankruptcy trustee for plaintiff and counter-defendant Solveson Crane Company and its successor in interest herein and D. H. Blattner & Sons, Inc., defendant and counter-claimant, by and through their respective undersigned counsel, hereby stipulate as follows:

1.     The above parties through their designated counsel stipulate that the above-captioned action and counter claim in their entirety be and hereby is dismissed with

PDF created with pdfFactory trial version www.pdffactory.com

1  prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

2      2.    The above parties further stipulate that all parties are to bear their own fees and
3  costs, including but not limited to litigation costs, attorneys' fees and mediation expenses.

4      3.    The above parties acknowledge that the contents of this Stipulation and [Proposed]
5  Order are acceptable to all persons required to sign the document; that counsel for Lawrence G.
6  Gray has on file all holograph signatures for all signatures indicated by a "conformed" signature
7  (/s/) within the e-filed Stipulation and [Proposed] Order re dismissal, and that all holograph
8  signatures on the Stipulation and [Proposed] Order will be maintained in the office of Lawrence G.
9  Gray's counsel for subsequent production for the Court, if so ordered, or for inspection upon
10 request by a party, until one year after final resolution of the action.

11 DATED:  May 2, 2006

12                             McDonough Holland & Allen PC
                               Attorneys at law
13

14                             By */s/ Mary E. Olden*
                                        Mary E. Olden
15

16                             Attorneys for Plaintiff and Counter-Defendant
                               Lawrence G. Gray

17 DATED:  May 1, 2006

18                             Fabyanske, Westra, Hart and Thomson, P. A.

19
                               By Kyle E. Hart
20                                      Kyle E. Hart

21                             Attorneys for Defendant and Counterclaimant
                               D. H. Blattner & Sons, Inc.
22

23                      **ORDER OF THE COURT**

24     Based upon the above stipulation and good cause appearing, the action and counterclaim are
25 ordered dismissed in their entirety.

26 DATED:  5/5_____, 2006

27                             /s/Oliver W. Wanger
                               Honorable Oliver W. Wanger, Judge
28                             United States District Court



PDF created with pdfFactory trial version www.pdffactory.com